13 So.2d 885
### FORTSON v. STATE.
#### 4 Div. 267.

Supreme Court of Alabama.

June 3, 1943.

No attorney marked for appellant.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., for the State.

BOULDIN, Justice.

Appellant was indicted by the Grand Jury of Bullock County for the murder of Harry Jones, was convicted for murder in the second degree, and his punishment fixed at imprisonment in the penitentiary for twenty-five years.

The appeal is on the record proper, without bill of exceptions.

No error appearing in the record, the judgment is affirmed.

Affirmed.

All the Justices concur.